UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

GERALD LEE PRESTON,

Defendant
_______________________________________/

Case No. 1:26-MJ-00139

HON. MAARTEN VERMAAT
U.S. Magistrate District Judge

**COMPLAINT**
**PENALTY SHEET**

**COUNTS 1 & 2: Sexual Exploitation of a Minor – 18 U.S.C. § 2251(a), (e)**

**Minimum penalty:** Not less than 15 years nor more than 30 years imprisonment and/or $250,000 fine [18:3571]

**Supervised Release Minimum:** Not less than 5 years nor more than life imprisonment [18:3583]

**Special Assessments**: $ 100 + $5,000 [18 U.S.C. § 3013; 3014]

**Other Special Assessment**: Up to $50,000 [18:2259A]

**Restitution**: Mandatory [18:3663A]

**Other**: Sex Offender Registration

Date: April 1, 2026

*/s/ Constance R. Turnbull*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046